IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IN RE:
JUROR LATERICIA GIBBS                                         CASE NO. 4:17-MC-00001

## ORDER

Juror Latericia Gibbs alleged TeleTech Healthcare Solutions ("TeleTech") terminated her because she was on jury duty. *See* Doc. No. 1. TeleTech admitted to terminating Gibbs but denied the termination resulted from jury service. *See* Doc. No. 7. A hearing occurred on March, 10, 2017, with TeleTech appearing through counsel. Gibbs failed to appear.

Federal law prohibits employers from terminating, threatening to terminate, intimidating or coercing employees because of the employee's jury service. 28 U.S.C. § 1875(a). Here, the undisputed evidence was that Gibbs was absent or late to work on multiple occasions, which formed the basis of her termination. Indeed, Gibbs's absences for jury service were excused and played no part in TeleTech's termination decision. *See Crowley v. Pinebrook, Inc.*, Case no. JKS 08-3427, 2010 U.S. Dist. LEXIS 126690, at *8 (D. Md. Dec. 1, 2010), *aff'd*, 439 F. App'x 232 (4th Cir. 2011) (jury service cannot merely be a motivating factor but must be *the* reason for termination).

Accordingly, judgment is entered for TeleTech and the case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of March 2017.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE