IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**IN RE:**
**JUROR LATERICIA GIBBS**               **CASE NO. 4:17-MC-00001**

## JUDGMENT

Consistent with the order entered on this day, judgment is entered for defendant TeleTech Healthcare Solutions, and the case is dismissed with prejudice.

DATED this 15th day of March 2017.

_____
UNITED STATES DISTRICT JUDGE